# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHANNON MARIE RICKSON,
Appellant,
vs.
TRISTAN MICHAEL RICKSON,
Respondent.

No. 75725

**FILED**

JUN 2 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed in this court on May 2, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Br___

cc: Law Offices of Robert L. Hempen II
Tristan Michael Rickson

18-24700